IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ROOSEVELT LOUIS HOLLEY,
    Plaintiff,

vs.                                      Case No.:  3:15cv389/LAC/EMT

LOUISE BOSSERT, et al.,
    Defendants.
_____/

## O R D E R

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated January 19, 2016 (ECF No. 16).  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed..

Having considered the Report and Recommendation,  I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    Plaintiff Holley's federal claims are **DISMISSED** under 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted.

3. Plaintiff's state law claims are **DISMISSED without prejudice** to his pursuing them in state court;

4. The clerk is directed to enter judgment accordingly and close the file.

**DONE AND ORDERED** this 18th day of February 2016.

        *s/L.A. Collier*
        **LACEY A. COLLIER**
        **SENIOR UNITED STATES DISTRICT JUDGE**